UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: CV 08-00411 SJO (PJWx)        DATE: April 27, 2009

TITLE:   Sammy Davis, Jr. Enterprises, Inc., et al. v. Burt Boyar, et al.

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                          Margarita Lopez
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Jay M. Coggan                             Arlene M. Turinchak

========================================================================
**PROCEEDINGS:** STATUS CONFERENCE

Hearing held. The Court instructs the parties to lodge a proposed stipulation and order to transfer this action to the United States District Court for the Northern District of Texas by May 4, 2009.