1  JAY M. COGGAN, SBN 86107
2  DAVID N. TARLOW, SBN 214050
   JESSICA N. TROTTER, SBN 251457
3  COGGAN & TARLOW
4  1925 Century Park East, Suite 2320
   Los Angeles, California 90067
5  Tel: (310)407-0922
6  Fax: (310)407-0923

7  Attorneys for *Plaintiffs*
8

9           UNITED STATES DISTRICT COURT
10        FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 | SAMMY DAVIS, JR. ENTERPRISES, | Case No. CV 08-00411 SJO (PJWx)
13 | INC.; THE LARODA GROUP;
   | BARRETT LARODA; and
14 | ANTHONY FRANCIS,
15 |                                | **STIPULATION AND PROPOSED**
   |        Plaintiffs,              | **ORDER TO TRANSFER ACTION**
16 |                                | **TO UNITED STATES DISTRICT**
17 | vs.                            | **COURT FOR THE NORTHERN**
   |                                | **DISTRICT OF TEXAS**
18 |
19 | BURT BOYAR; ALTOVISE DAVIS;
   | BOYAR INVESTMENTS, LLC;
20 | HOWARD BURKONS; ROBERT
   | BLOOMINGDALE; and SAMMY
21 | SPEAKS, L.P., and Does 1-10,
22 |
   |        Defendants.
23

24
25     WHEREAS the action of *Davis, et al. v. LaRoda, et al.*, Case No. 3:08-CV-
26  0008-P, set in the United States District Court in the District of North Texas,
27  involves the same parties as herein and which is substantially related to the same
28  facts and legal issues;

COGGAN &
TARLOW
LOS ANGELES
NEW YORK

1

**Stipulation and Proposed Order to Transfer Action to US District Court for the Northern District of TX**

WHEREAS on March 31, 2009, the Hon. Judge Jorge A. Solis ruled that the District of North Texas has jurisdiction over the parties in the action of *Davis, et al. v. LaRoda, et al.*, Case No. 3:08-CV-0008-P;

WHEREAS the action of *Davis, et al. v. LaRoda, et al.*, Case No. 3:08-CV-0008-P is the earlier filed action;

IT IS HEREBY STIPULATED AND AGREED THAT the action of Sammy Davis Jr. Enterprises, et al. v. Boyar, et al., Case No. CV 08-00411 SJO, be transferred to the United States District Court in the District of North Texas.

DATED: April 30, 2008

COGGAN & TARLOW

By: Jay M. Coggan
Attorneys for Sammy Davis Jr. Enterprises, Inc., The Laroda Group, and Barrett Laroda

DATED: April 30, 2009

DEMPSEY & JOHNSON, P.C.

By: Arlene M. Turinchak
Attorneys for Defendants Burt Boyar, Altovise Davis, Boyar Investments, LLC, and Sammy Speaks, L.P.

COGGAN &
TARLOW
LOS ANGELES
NEW YORK

2

**Stipulation and Proposed Order to Transfer Action to US District Court for the Northern District of TX**