1

2                                                                  JS-6

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12  SAMMY DAVIS, JR. ENTERPRISES,       Case No. CV 08-00411 SJO (PJWx)
    INC.; THE LARODA GROUP;
13  BARRETT LARODA; and
    ANTHONY FRANCIS,
14
                                         **ORDER TO TRANSFER ACTION**
15          Plaintiffs,                   **TO UNITED STATES DISTRICT**
                                          **COURT FOR THE NORTHERN**
16  vs.                                   **DISTRICT OF TEXAS**

17
                                         Rm: 880
18  BURT BOYAR; ALTOVISE DAVIS;          Hon.: Judge S. James Otero
    BOYAR INVESTMENTS, LLC;
19  HOWARD BURKONS; ROBERT
    BLOOMINGDALE; and SAMMY
20  SPEAKS, L.P., and Does 1-10,

21
            Defendants.
22

23

24        Pursuant to the Stipulation of the parties submitted on Friday, May 1, 2009,

25  and good cause being shown therefor:

26  ///

27  ///

28        IT IS HEREBY ORDERED that the action of Sammy Davis Jr.

COGGAN &
TARLOW      Enterprises, et al. v. Boyar, et al., Case No. CV 08-00411 SJO, be transferred to the
LOS ANGELES
NEW YORK
                                            1
            **Proposed Order to Transfer Action to US District Court for the Northern District of TX**

1   United States District Court in the District of North Texas.

2

3   Dated:        May 14, 2009        _____   *S. James Otero*

4                                                Hon. S. James Otero

5                                                United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COGGAN &
TARLOW
LOS ANGELES
NEW YORK

**Proposed Order to Transfer Action to US District Court for the Northern District of TX**